# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NATHAN ROWAN,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**ARRIVIA, INC.**, a Delaware corporation, and **ALLEN MARKETING GROUP, INC.**, a Utah corporation,<br><br>Defendants. | **CASE NO. 1:21-CV-00587-MN**<br><br>CLASS ACTION |

### DEFENDANT ARRIVIA, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND/OR TO STRIKE PLAINTIFF'S CLASS ALLEGATIONS

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), 12(f) and 23, Defendant Arrivia, Inc. respectfully moves this Court to dismiss with prejudice Plaintiff Nathan Rowan's Amended Complaint and/or to strike the class definition and related allegations therein. The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

Dated: July 28, 2021

BAYARD, P.A.

*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (#3691)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
Tbracegirdle@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendant Arrivia, Inc.*