IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NATHAN ROWAN,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**ARRIVIA INC.,** a Delaware corporation, and **ALLEN MARKETING GROUP, INC.,** a Utah corporation,<br><br>*Defendants,* | Case No. 1:21-cv-00587-MN<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

Plaintiff Nathan Rowan and Defendants Arrivia Inc. and Allen Marketing Group, Inc. hereby stipulate and provide notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

DATED this 24th day of June, 2022.

**SEITZ, VAN OGTROP & GREEN, P.A.**
/s/ *Jared T. Green*
James S. Green, Jr. (#4406)
Jared T. Green (#5179)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(302) 888-0600
jsgreen@svglaw.com
jtgreen@svglaw.com

Avi R. Kaufman *(admitted pro hac vice)*
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
(305) 469-5881
kaufman@kaufmanpa.com
*Attorneys for Plaintiff*

1

PINCKNEY, WEIDINGER, URBAN & JOYCE, LLC
*/s/ Megan Ix Brison*
Elizabeth Wilburn Joyce (DE No. 3666)
Megan Ix Brison (DE No. 6721)
2 Mill Road, Suite 204
Wilmington, DE 19806
Phone: (302) 504-3360
Email: ewilburnjoyce@pwujlaw.com
mixbrison@pwujlaw.com

Of counsel:
MAC MURRAY & SHUSTER LLP
Lisa Messner (*Admitted Pro Hac Vice*)
6525 West Campus Oval, Suite 210
New Albany, Ohio 43054
Phone: (614) 939-9955
Email: lmessner@mslawgroup.com
*Attorneys for Defendant Allen Marketing Group, Inc.*


BAYARD, P.A.
*/s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (#3691)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
Tbracegirdle@bayardlaw.com
rgolden@bayardlaw.com
*Attorneys for Defendant Arrivia, Inc.*