IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

NATHAN ROWAN, individually and
on behalf of all others similarly situated                                    PLAINTIFF

v.                                         Case No. 1:21-cv-00587

ARRIVIA INC., a Delaware corporation,
and ALLEN MARKETING GROUP, INC.,
a Utah corporation                                                            DEFENDANTS

## ORDER

Before the Court is the parties' Stipulation of Dismissal.  (ECF No. 36).  The Court finds that no response is necessary and that the matter is ready for consideration.  The parties ask the Court to dismiss this case with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party bearing its own attorney fees and costs.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is clear that the entry of a stipulated dismissal under Rule 41(a)(1)(A)(ii) is effective automatically and does not require judicial approval.  *State Nat. Ins. Co. v. County of Camden*, 824 F.3d 399, 406 (3d Cir. 2016).  Further, Fed. R. Civ. P. 23(e) is inapplicable at this stage of the proceedings.  Thus, the parties' claims were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for the purpose of maintaining the Court's docket.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **DISMISSED WITHOUT PREJUDICE** as to any other member of the putative class's right to bring claims, with each party bearing its own attorney fees and costs.  If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this order.  The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED** this 24th day of June 2022.

/s/Robert T. Dawson
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**